Honorable Franklin D. Burgess

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VIKKI PAGE,<br><br>           Plaintiff,<br><br>   v.<br><br>LAIDLAW TRANSIT SERVICES, INC., STEVE DUGAN, individually and the marital community thereof with JANE DOE DUGAN, and DOES 1-10, inclusive,<br><br>           Defendants. | No. 3-05-cv-05334-FDB<br><br>STIPULATION AND ORDER OF DISMISSAL |

THE PARTIES, by and through their respective counsel, hereby stipulate to the dismissal of Plaintiff Vikki Page's claims against Laidlaw Transit Services, Inc. with prejudice and without costs to either party.

| | |
|---|---|
| LAW OFFICES OF GRANT & ASSOCIATES | JACKSON LEWIS LLP |
| By: */s Roxanne Rarangol (per email authorization)*<br>Artis G. Grant, WSBA #26204<br>Roxanne L. Rarangol, WSBA #30340<br>3002 South 47th Street<br>Tacoma, Washington 98409<br>E-mail: agrant@lawdome.com<br>E-mail: rrarangol@lawdome.com<br>Attorneys for Plaintiff Vikki Page | By: */s Nick Beermann*<br>Katheryn Bradley, WSBA #31064<br>Nick M. Beermann, WSBA #30860<br>One Union Square<br>600 University Street, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 405-0404<br>E-mail: bradleyk@jacksonlewis.com<br>E-mail: beermann@jacksonlewis.com<br>Attorneys for Defendant Laidlaw Transit Services, Inc. |

STIPULATION AND ORDER OF DISMISSAL - 1
(3-05-05334-FDB)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

**ORDER**

THIS MATTER having come before this Court on the Stipulation of the parties and the Court being fully advised, it is hereby

ORDERED, that this case is dismissed with prejudice and that no party is granted any relief, including costs and attorneys fees.

DATED this 6th day of April 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL - 2
(3-05-05334-FDB)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that a true and accurate copy of the document to which this declaration is affixed was sent via mail, on this 4th day of April, 2006, to:

Artis G. Grant
Roxanne L. Rarangol
Law Offices of Grant & Associates
3002 South 47th Street
Tacoma, WA  98409
Fax: 253-473-9695

Dated this 4th day of April, 2006, at Seattle, Washington.

Andrea W. Preston

STIPULATION AND ORDER OF DISMISSAL - 3
(3-05-05334-FDB)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404